IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSHUA TRAE SPIVEY,<br>    Plaintiff, | ) <br> ) | Civil Action No. 7:15cv00013 |
| v. | ) | **FINAL ORDER** |
| NEW RIVER VALLEY<br>REGIONAL JAIL, *et al.*,<br>    Defendants. | )<br>)<br>) | By: Michael F. Urbanski<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. §1915A(b)(1) and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 26th day of February, 2015.

/s/ Michael F. Urbanski
United States District Judge